**Tyler J. Jensen (#9913)**
**Dallin T. Morrow (#13812)**
**LEBARON & JENSEN, P.C.**
**476 West Heritage Park Blvd., Suite 230**
**Layton, Utah 84041**
**tylerjensen@lebaronjensen.com**
**Telephone:    (801) 773-9488**
**Facsimile:    (801) 773-9489**
*Attorneys for Plaintiff Filesense, Inc.*

## IN THE UNITED STATES DISTRICT COURT,
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **FILESENSE, INC.,** a Delaware corporation, | **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AND ORDER OF DISMISSAL** |
| **PLAINTIFF,** | |
| **vs.** | |
| **VIAWEST, INC.,** a Colorado corporation | **CASE NO. 2:15-CV-00096-TS** |
| **DEFENDANT.** | **HONORABLE TED STEWART** |

### PLAINTIFF'S VOLUNTARY DISMISSAL

Plaintiff hereby gives notice under Fed. R. Civ. P. 41(a)(1)(A)(ii) that the parties have

stipulated and agreed that this action be dismissed with prejudice.

**DATED and SIGNED this 2nd day of July 2015**

  /s/ Tyler J. Jensen                                  /s/ Romaine C. Marshall
Tyler J. Jensen                              Romaine C. Marshall
LEBARON & JENSEN PC                          HOLLAND & HART LLP
Attorney for Plaintiff Filesense Inc.        Attorney for Defendant ViaWest, Inc.
                                             (signed with permission)

1

**ORDER**

Plaintiff has filed a Notice of Voluntary Dismissal with Prejudice of its claims against Defendant. The Court, having examined the Notice, finds that the parties have stipulated and agreed to dismissal of the action with prejudice.

IT IS THEREFORE ORDERED that the Plaintiff's Complaint against the Defendant is dismissed with prejudice.

Signed: July __, 2015.

BY THE COURT:

_____
Evelyn J. Purse
U.S. Magistrate Judge